IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| STEPHEN J. CANTERBURY<br>        *Plaintiff,*<br><br>v.<br><br>J.P. MORGAN MORTGAGE ACQUISITION CORP.<br>        *Defendant.* | CIVIL ACTION NO. 3:10-CV-54<br><br>ORDER.<br><br>JUDGE NORMAN K. MOON |

  This matter is before the court upon consideration of Defendant's motion to dismiss with prejudice. (docket no. 24) For the reasons set forth in the accompanying memorandum opinion, the motion is hereby GRANTED. Therefore, this case is DISMISSED with prejudice, and stricken from the active docket of the court.

  It is so ORDERED.

  The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

  Entered this   30th   day of March, 2011.

                   _____
                   NORMAN K. MOON
                   UNITED STATES DISTRICT JUDGE